# United States District Court

## CENTRAL DISTRICT OF ILLINOIS



Jeffrey Plotke                              )
_____,           )
                Plaintiff                        )
                                                     )
        vs.                                         )
                                                     )
City of Lincoln, a Municipal            )
Corporation, Lincoln Police Sgt      )
KEVIN LYNN, Individually             )
and as Agent or Employee of City of )
Lincoln, Officer Chad Eimer          )
Individually and as Agent or          )
Employee of the city of Lincoln,     )
Clinton Wombles, Individually,       )
and as Agent or ~~_____~~ Employee )
of the city of Lincoln and unknown )
                Defendant(s) Partys        )

FILED

SEP 28 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A.  Plaintiff:

Full Name: _Jeffrey Plotke_

Prison Identification Number: _S04264_

Current address: _6665 State Route 146 E_
_Vienna, IL 62995_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B.  Defendants

Defendant #1:

Full Name: _Kevin Lynn_

Current Job Title: _STG At Lincoln Police department_

Current Work Address _____

_____

Defendant #2:

Full Name: _Chad Eimer_

Current Job Title: _Officer at Lincoln Police department_

Current Work Address _____

_____

Defendant #3:

Full Name: _Clinton Wombles_

Current Job Title: _Officer at Lincoln Police department_

2

Current Work Address _____

_____

Defendant #4:

Full Name: *City of lincoln ILLinois*

Current Job Title: *A Manicipal corporation .*

Current Work Address *Lincoln IL 62656*

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☐    No  ☒

B.  Have you filed a grievance concerning the facts relating to this complaint?

        Yes  ☐    No  ☒

If your answer is no, explain why not  _____

_____

C.  Is the grievance process completed?    Yes  ☐    No  ☒

## V.  STATEMENT OF CLAIM

Place(s) of the occurrence  _Lincoln  IL  62656_

4

Date(s) of the occurrence ___1-5-22___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On 1-5-2022 I Jeffrey A Plothe was arrested for Resisting arrest, Aggravated Battery to a peace officer, and attempting to disarm a peace officer. I pled guilty to attempting to disarm a peace officer. While being arrested Chad Eimer a peace officer for the Lincoln Police department violated the law by putting me in a choke hold Officer Clinton Wombles and STG Kevin Lynn violated the law when they did Not stop Chad Eimer from using excessive force in my arrest. If you look at the facts of my case you will See What I am saying is true I am Guilty of attempting to disarm a peace officer but when Chad Eimer started using excessive force on me he was not Justified I was Nolonger trying to grab his gun or fighting I was only trying to get up off the ground. Because I couldnt breath and I told them that after he released the Choke hold. These officers used extream excessive force on me through out my arres- ~~xxxxxx~~ and as a result of

~~STG Lynn~~ STG Lynn and officer Wombles failure to entervine in office Chad Eimer misconduct I was seriously injuried physical and emotional pain and suffering.

**RELIEF REQUESTED**

(State what relief you want from the court.)

I Jeffrey Plotke pray for a judgment

7

Plotke

against all defendants in a fair and reasonable amount, including compensatory a Punitive damages, any attorney fee if they shall arise and cost and that the officers involved be ordered to under go proper use of force training by law and for any additional relief this court deems just and proper.

JURY DEMAND          Yes ☒          No ☐

Signed this ___10th___ day of ___September___, 20__23__.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Jeffrey Plotke | S04264 |
| Address: 6645 State Route 146 E Vienna IL 62995 | Telephone Number: |

8



Jeffrey Plotke #S04264
6665 State Route 146 E
Vienna IL. 62995

US Courthouse
600 E Monroe St Suite 151
Springfield, IL .62701

Legal Mail

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 62995 $ 000.63⁰
02 7N
0008026963 SEP 25 2023