UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JEFFREY PLOTKE, ) | |
| ) | |
| Plaintiff, ) | Case No. 23-cv-3286 |
| ) | |
| vs. ) | |
| ) | Judge Sue E. Myerscough |
| CITY OF LINCOLN, a municipal corporation, ) | |
| Lincoln Police SGT. KEVIN LYNN, Individually ) | Magistrate Judge Karen L. McNaught |
| and as agent or employee of the City of Lincoln, ) | |
| OFFICER CHAD EIMER, Individually and as ) | |
| agent or employee of the City of Lincoln, ) | JURY TRIAL DEMANDED |
| CLINTON WOMBLES, Individually and as agent ) | |
| or employee of the City of Lincoln, and ) | |
| UNKNOWN PARTIES, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSE**
**TO PLAINTIFF'S COMPLAINT**

NOW COME the Defendants, SGT. KEVIN LYNN, OFFICER CHAD EIMER, and OFFICER CLINTON WOMBLES, by their attorney, CHARLES E. HERVAS of HERVAS, CONDON & BERSANI, P.C., and for their Answer and Affirmative Defense to Plaintiff's Complaint, state as follows:

1. On 1-5-22 I Jeffrey A Plotke was arrested for Resisting arrest, Aggravated Battery to a peace officer, and attempting to disarm a peace officer. *[sic]*

**ANSWER:** **The Defendants admit the allegations contained in paragraph 1 of the Plaintiff's Complaint.**

2. I pled guilty to attempting to disarm a peace officer.

**ANSWER:** **The Defendants admit the allegations contained in paragraph 2 of the Plaintiff's Complaint.**

3. While being arrested Chad Eimer a peace officer for the lincoln police department violated the law by putting me in a choke hold. *[sic]*

**ANSWER:** The Defendants deny the allegations contained in paragraph 3 of the Plaintiff's Complaint.

4. Officer Clinton Wombles and STG Kevin lynn violated the law when they did Not stop Chad Eimer from using excessive force in my arrest. *[sic]*

**ANSWER:** The Defendants deny the allegations contained in paragraph 4 of the Plaintiff's Complaint.

5. I am guilty of attempting to disarm a peace officer.

**ANSWER:** The Defendants admit the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6. When Chad Eimer started using excessive force on me he was not justified. I was no longer trying to grab his gun or fighting. I was only trying to get up off the ground. Because I couldn't breath and I told them that after he released the chokehold. *[sic]*

**ANSWER:** The Defendants deny the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7. These officers used extream excessive force on me through out my arrest and as a result of STG Lynn and officer Wombles failure to entervine in office Chad Eimer misconduct I was seriously injured physical and emotional pain and suffering. *[sic]*

**ANSWER:** The Defendants deny the allegations contained in paragraph 7 of the Plaintiff's Complaint.

WHEREFORE, Defendants SGT. KEVIN LYNN, OFFICER CHAD EIMER, and OFFICER CLINTON WOMBLES, deny that the Plaintiff is entitled to any judgment whatsoever

against them, and pray this Honorable Court will enter judgment in their favor and allow for the costs of defending this lawsuit.

                                                     Respectfully submitted,

                                                   **s/ Charles E. Hervas**
                                                   CHARLES E. HERVAS, ARDC No. 06185117
                                                   *Attorney for Defendants*
                                                   HERVAS, CONDON & BERSANI, P.C.
                                                   333 Pierce Road, Suite 195
                                                   Itasca, IL 60143-3156
                                                   P: 630-773-4774    F: 630-773-4851
                                                   chervas@hcbattorneys.com

## AFFIRMATIVE DEFENSE

NOW COME Defendants, SGT. KEVIN LYNN, OFFICER CHAD EIMER, and OFFICER CLINTON WOMBLES, by and through their attorney, CHARLES E. HERVAS of HERVAS, CONDON & BERSANI, P.C., and for their Affirmative Defense to Plaintiff's Complaint, state as follows:

Defendants used reasonable and justified force under the facts and circumstances known to them at the time of the incident. Therefore, Defendants did not violate any clearly established constitutional right of which a reasonable person would have known, thus entitling them to qualified immunity.

WHEREFORE, Defendants SGT. KEVIN LYNN, OFFICER CHAD EIMER, and OFFICER CLINTON WOMBLES deny that the Plaintiff is entitled to any judgment whatsoever against them and pray that this Honorable Court will enter a judgment in their favor and allow for the costs of defending this lawsuit.

s/ Charles E. Hervas
CHARLES E. HERVAS, ARDC No. 06185117
*Attorney for Defendants*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL  60143-3156
P:  630-773-4774     F:  630-773-4851
chervas@hcbattorneys.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JEFFREY PLOTKE, | ) |
| | ) |
| Plaintiff, | ) Case No. 23-cv-3286 |
| | ) |
| vs. | ) |
| | ) Judge Sue E. Myerscough |
| CITY OF LINCOLN, a municipal corporation, | ) |
| Lincoln Police SGT. KEVIN LYNN, Individually | ) Magistrate Judge Karen L. McNaught |
| and as agent or employee of the City of Lincoln, | ) |
| OFFICER CHAD EIMER, Individually and as | ) |
| agent or employee of the City of Lincoln, | ) |
| CLINTON WOMBLES, Individually and as agent | ) |
| or employee of the City of Lincoln, and | ) |
| UNKNOWN PARTIES, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on **December 18, 2023**, I electronically filed the foregoing *Defendants' Answer and Affirmative Defense to Plaintiff's Complaint* with the Clerk of the U.S. District Court for the Central District of Illinois using the CM/ECF system, and I hereby certify that I have mailed with the United States Postal Service the aforementioned document to the following individual:

TO:   *Pro se Plaintiff*
       Jeffrey A. Plotke, #504264
       Shawnee Correctional Center
       Inmate Mail/Parcels
       6665 State Rd., Rte. 146 E
       Vienna, IL  62995

via certified mail by depositing a copy of same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on **December 18, 2023**, before 5:00 p.m. with the proper postage prepaid.

                                                   **s/ Charles E. Hervas**
                                                   CHARLES E. HERVAS, ARDC No. 06185117
                                                   *Attorney for Defendants*
                                                   HERVAS, CONDON & BERSANI, P.C.
                                                   333 Pierce Road, Suite 195
                                                   Itasca, IL  60143-3156
                                                   P:  630-773-4774     F:  630-773-4851
                                                   chervas@hcbattorneys.com